# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

JAMES BROADHEAD,               :

   Plaintiff,                   :

vs.                            :     CIVIL ACTION 07-0398-CB-C

MICHAEL EVERETTE, et al.,      :

   Defendants.                  :

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that this action be and is hereby dismissed without prejudice.

**DONE** this 13th day of November, 20 07.

                                              *s/Charles R. Butler, Jr.*
                                              **Senior United States District Judge**